AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>JOSHUA GEORGE POWELL, SR.<br><br>Defendant(s) | ) ) ) ) ) ) ) )  Case No.  3:22-mj-35 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 4, 2021__ in the county of __Scott__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Possession with Intent to Distribute Methamphetamine |
| 21 USC 841 (b)(1)(A) | |

This criminal complaint is based on these facts:
See attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Robert Myers/DPD Detective
Printed name and title

☐ Sworn to before me and signed in my presence.

☒ Sworn to before me by telephone or other reliable electronic means.

_____
Judge's signature

Date: 03/24/2022

City and state: Davenport, Iowa

Stephen B. Jackson, Jr. U.S. Magistrate Judge
Printed name and title

FILED
By: Clerk's Office, Southern District of Iowa
2:42 pm, Mar 24 2022

<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

UNITED STATES OF AMERICA   )
                           ) ss
SOUTHERN DISTRICT OF IOWA  )

Your affiant, Officer Robert Myers, being duly sworn, state and depose as follows:

INTRODUCTION AND AGENT BACKGROUND

1. I am a Police Officer with the City of Davenport, Iowa. I am currently assigned as a Detective to the Tactical Operations Bureau within the Davenport Police Department. I have been a law enforcement officer for 15 years. As a Detective within the Tactical Operations Bureau, my investigations focus on controlled substance offenses in the city of Davenport.

2. I have served in the Tactical Operations Bureau for more than 13 years. I have conducted numerous investigations involving narcotics offenses. I have formal training in narcotics investigations and extensive training as a police officer. Through my training and experience, I am familiar with the operation and methods of narcotics distributors, including the distribution, storage, and transportation of narcotics, and the collection of monetary proceeds of narcotics trafficking. I have either conducted or participated in numerous investigations regarding the unlawful importation, possession, and distribution of narcotics. These investigations have involved violations of both State and Federal law.

3. The facts in this affidavit come from my training and experience, information contained in the reports of other officers, and information obtained from other agents and witnesses. This affidavit is intended to show probable cause for

1

issuance of the complaint and does not set forth all of my knowledge about this matter. The following contains some, but not all, of the information known to this affiant.

4. Based upon the facts set forth in this affidavit, there is probable cause to believe that JOSHUA GEORGE POWELL, SR. (POWELL) possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) on or about August 4, 2021.

## FACTS AND PROBABLE CAUSE

5. On July 27, 2021, the Davenport Police Department (DPD) utilized a confidential source (CS) to conduct a controlled buy of .08 grams of crack cocaine for $100.00 from POWELL. The buy took place at a residence on W. Central Park, in Davenport. The buy protocols were followed, meaning the CS was searched before and after the buy and surveillance was conducted as the buy took place. The CS has provided reliable information in the past.

6. On August 4, 2021, members of the DPD Narcotics and Gun Units executed a search warrant at a residence in the 2900 block of Fairmount Street, Davenport, Iowa. This search warrant was related to the drug investigation involving the controlled buy noted above and a wanted person investigation into POWELL based on active warrants for a parole violation and new law violations of robbery first degree, felon in possession of a firearm, and theft fifth degree.

7. During the course of the investigation, law enforcement received information that POWELL was coming and going from the residence on North Fairmount Street, and that he was using the residence to hide from police. Law enforcement had further information that he was driving a Black 2004 Cadillac Escalade with Illinois plates BX 84087.[1]

8. Prior to the execution of the search warrant, detectives observed the Escalade arrive in the area and pull into the driveway of the residence on North Fairmount Street. The garage door opened, the Escalade pulled into the garage, and the garage door closed. A short time later, detectives were able to verify through use of a CS[2] that Powell was inside the residence. A state search warrant was drafted for the residence, which included Powell's person, his phone, and the Escalade.

9. Law enforcement knocked and announced at the front door to execute the search warrant. Afterwards, POWELL ran out of the back sliding screen door and fled from police on foot. He was immediately shot in the rear end / upper thigh area by the police with a bean bag projectile. POWELL continued to flee for a block, but he was eventually taken into custody. He had a cell phone in his possession which was seized.

10. During the search of the residence, officers located a marijuana joint weighing 1.0 gram and drug paraphernalia. During the search of the Escalade, officers

---

[1] This information was based on a July 29, 2021 traffic stop conducted by another Davenport police officer for failure to stop wherein POWELL was driving this vehicle.

[2] The CS who verified POWELL was inside, was a different individual from the one who purchased the crack cocaine in July. The CS provided information that was confirmed reliable to the officers that day.

located, among other items, approximately 99.48 grams of methamphetamine packaged in three separate baggies and 7.76 grams of marijuana. Based on the packaging and weight of the methamphetamine, this was possessed with the intent to distribute versus for personal use. The methamphetamine was tested and was confirmed positive. The methamphetamine is ice methamphetamine based on the appearance and later affirmed by the DCI laboratory. POWELL was arrested.

11. Latent prints were located on the packaging that held the methamphetamine that was recovered from the Escalade. These latent prints were compared to the known prints of POWELL, and they were a match.

12. During a download of POWELL's phone, it was discovered he had text messages indicative of drug sales. Specifically, he sent a text message a few days prior to the execution of the search warrant on Fairmont Street saying he was in possession of a half-pound of methamphetamine.

13. An interview of POWELL's girlfriend was conducted in the days following the search. She verified POWELL was in possession of, and drove, the Escalade daily. Further, the tenant/owner of the residence on Fairmont also confirmed that POWELL drove the Escalade.

## CONCLUSION

14. Based on my training and experience, I believe probable cause exists to believe JOSHUA GEORGE POWELL, SR. possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A) on or about August 4, 2021.

Robert Myers
Detective, Tactical Operations Bureau
Davenport Police Department

Sworn to and subscribed to before me by telephone or other reliable electronic means this __24__ day of March, 2022.

Stephen B. Jackson, Jr.
United States Magistrate Judge
Southern District of Iowa

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) |
|---|---|
| v. | ) |
| JOSHUA GEORGE POWELL, SR. | ) Case No. 3:22-mj-35 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOSHUA GEORGE POWELL, SR., who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C 841 (a)(1) and 841 (b)(1)(A)

Date: 03/24/2022

*Issuing officer's signature*

City and state: Davenport, Iowa

Stephen B. Jackson, Jr. U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
2:42 pm, Mar 24 2022

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of Defendant/Offender: JOSHUA GEORGE POWELL SR.

Known Aliases:

Date of Birth: 07/02/1981             Social Security Number: 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

FBI Number: 851489MBO             Alien Registration Number:

Sex: Male                                         Race:

Agency/Case Agent: DPD/Robert Myers             Phone Number: